# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

TALTON ANTWAN POSELY

Case Number: 6:02-CR-118-ORL-28DAB

USM Number: 25000-018

F. Wesley Blankner, Retained
217 E. Ivanhoe Blvd. N
Orlando, Florida 32804

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 2, 3, 5-9 and 14 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | New Criminal Conduct, Possession of Marijuana - Not More than 20 Grams | June 15, 2008 |
| Three | Travel outside the district without permission | May 23, 2008 |
| Five | Positive Urinalysis for Cocaine | January 29, 2008 |
| Six | Positive Urinalysis for Marijuana | April 16, 2008 |
| Seven | Positive Urinalysis for Marijuana | April 25, 2008 |
| Eight | Positive Urinalysis for Marijuana | May 5, 2008 |
| Nine | Positive Urinalysis for Marijuana | May 22, 2008 |
| Fourteen | Failure to Notify ten days prior to any change in residence | September 5, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions One, Four, Ten, Eleven, Twelve, Thirteen, Fifteen and Sixteen and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/10/2009

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

September __14__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal